No. 75–6891. FOSTER *v.* HARDY ET AL. Motion for leave to file petition for writ of prohibition denied.

No. 75–1757. CLANCEY *v.* UNITED STATES HOUSE OF REPRESENTATIVES ET AL. Motion for leave to file petition for writ of prohibition and/or mandamus denied.

No. 75–1513. HOWLETT, SECRETARY OF STATE OF ILLINOIS *v.* LOVE. Appeal from D. C. N. D. Ill. Probable jurisdiction noted.

No. 75–1812. SHAFFER ET AL. *v.* HEITNER. Appeal from Sup. Ct. Del. Probable jurisdiction noted.

No. 75–1861. PATTERSON *v.* NEW YORK. Appeal from Ct. App. N. Y. Probable jurisdiction noted.

No. 76–29. COMPLETE AUTO TRANSIT, INC. *v.* BRADY, CHAIRMAN, MISSISSIPPI TAX COMMISSION. Appeal from Sup. Ct. Miss. Probable jurisdiction noted.

No. 76–128. MANDEL, GOVERNOR OF MARYLAND, ET AL. *v.* BRADLEY ET AL. Appeal from D. C. Md. Probable jurisdiction noted.

No. 76–316. BATES ET AL. *v.* STATE BAR OF ARIZONA. Appeal from Sup. Ct. Ariz. Probable jurisdiction noted.

No. 75–1691. GUEST, PRESIDENT OF METHODIST HOSPITAL, ET AL. *v.* FITZPATRICK, DISTRICT ATTORNEY OF PHILADELPHIA, ET AL.; AND

No. 75–1698. WILLIAMSPORT HOSPITAL ET AL. *v.* FITZPATRICK, DISTRICT ATTORNEY OF PHILADELPHIA. Appeals from D. C. E. D. Pa. Probable jurisdiction noted. Cases consolidated and a total of one hour allotted for oral argument.